IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BROADSTREET, INC., BROADSTREET GLOBAL FUND, L.L.C., BROAD STREET GLOBAL MANAGEMENT, L.L.C., DAVID FEINGOLD, JOSEPH BALDASSARRA, and STEVEN BALDASSARRA,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | § § § § § § § § § § § § § § § § § §  Civil Action No. 4:24-cv-00803-O |

# ORDER

Before the Court are Plaintiffs' Complaint for Declaratory Judgment and Injunctive Relief (ECF No. 1), filed August 22, 2024; Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 4), filed August 22, 2024; the Securities and Exchange Commission's Opposition to Plaintiffs' Motion ("Response") (ECF No. 18), filed September 20, 2024; and Plaintiffs' Reply (ECF No. 28), filed October 18, 2024.

The Court sets in-person oral argument on **Thursday, November 14, 2024**, at **9:00 am** to discuss the legal arguments presented in the parties' briefing. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas**.

**SO ORDERED** on this **7th day of November, 2024.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**