# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **BROADSTREET, INC., et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | Civil Action No. 4:24-cv-00803-O |
| **SECURITIES AND EXCHANGE** § | |
| **COMMISSION,** § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiffs filed their Amended Complaint on January 2, 2025. ECF No. 51. Accordingly, Defendant's Motion to Dismiss (ECF No. 46), filed December 13, 2024, is denied as **MOOT**.

**SO ORDERED** on this **7th day of January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1