# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **BROADSTREET, INC., et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 4:24-cv-00803-O |
| **SECURITIES AND EXCHANGE COMMISSION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Anti-Suit Injunction (ECF No. 69), filed January 31, 2025. Defendant shall respond no later than **February 5, 2025**, and Plaintiffs shall reply no later than **February 7, 2025**.

**SO ORDERED** on this **1st day** of **February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE