**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **BROADSTREET, INC., et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | |
| | § | **Civil Action No. 4:24-cv-00803-O** |
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| **Defendant.** | § | |

## **FINAL JUDGMENT**

Having determined that dismissal is appropriate in this case, the Court now enters this Final

Judgment pursuant to Federal Rule of Civil Procedure 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims asserted by

Plaintiffs against Defendant in this matter are **DISMISSED without prejudice** to the refiling of

the same.

**SO ORDERED** on this **6th day** of **February, 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**